✓ FILED ____ LODGED
____ RECEIVED ____ COPY
APR 15 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY RZ DEPUTY

SEALED

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Pacifique Kashosi,<br>Defendant. | No. CR-25-00559-PHX-JJT (ASB)<br>**INDICTMENT**<br>VIO: 26 U.S.C. § 7206(1)<br>(Signing and Filing a False Federal Income Tax Return)<br>Counts 1 & 2 |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At all times material to this Indictment:

1. Defendant Pacifique Kashosi (Kashosi) resided in Phoenix, Arizona and owned and operated Africa Union Tax Services, LLC, a sole proprietorship in Phoenix, Arizona.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

3. Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was an IRS form that taxpayers used to file individual income tax returns.

4. Schedule C, Profit or Loss From Business ("Schedule C"), was an IRS form that could be attached to a Form 1040 and was used to report income or loss from a business operated as a sole proprietorship.

5. Schedule 1, Additional Income and Adjustments to Income ("Schedule 1"), was an IRS form that could be attached to a Form 1040 and was used to report additional income and adjustments.

6. During the years 2022 and 2023 Kashosi, through Africa Union Tax Services, LLC, prepared and filed Forms 1040 with the Internal Revenue Service (IRS) for clients of Africa Union Tax Services, LLC for a fee, thereby generating reportable business income for Africa Union Tax Services, LLC.

7. The allegations in paragraphs one (1) through six (6) of this Indictment are incorporated by reference into the following counts of the indictment as if more fully set forth therein.

**COUNT 1**
**26 U.S.C. § 7206(1)**
**(Subscribe and File False Federal Income Tax Return)**

8. On or about April 20, 2023, in the District of Arizona, and elsewhere, Defendant Pacifique Kashosi willfully made and subscribed a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for the calendar year 2022, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the IRS, and which defendant did not believe to be true and correct as to every material matter. That return contained the following falsities, among others:

a. The return included a declaration that the return and accompanying schedules and statements were true, correct, and complete. In fact, Defendant Pacifique Kashosi knew the return was not complete because it failed to report income earned from his tax return preparation business on a Schedule C attached to the return, as required.

b. The return reported on Schedule 1, Line 3, Business income of $21,501, whereas, as defendant knew, he received business income in excess of that amount from his businesses, including his tax return preparation business.

In violation of Title 26, United States Code, Section 7206(1).

**COUNT 2**
**Title 26 U.S.C. § 7206(1)**
**(Subscribe and File False Federal Income Tax Return)**

9. On or about March 22, 2024, in the District of Arizona, and elsewhere, Defendant Pacifique Kashosi willfully made and subscribed a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for the calendar year 2023, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the IRS, and which defendant did not believe to be true and correct as to every material matter. That return contained the following falsity, among others:

a. The return included a declaration that the return and accompanying schedules and statements were true, correct, and complete. In fact, Defendant Pacifique Kashosi knew the return was not complete because it failed to report income earned from his tax return preparation business on a Schedule C attached to the return, or any other line on the Form 1040, as required.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 15, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
KEVIN M. RAPP
Assistant U.S. Attorney